UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ATTORNEY GENERAL OF THE
BRITISH VIRGIN ISLANDS.

21-mc-768 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Clerk is directed to close this case.

SO ORDERED.
Dated:   New York, New York
         April 20, 2022

_____
John G. Koeltl
United States District Judge